# Notice Recipients

District/Off: 0754–3         User: tf              Date Created: 6/4/2013
Case: 12–31775–lkg           Form ID: 318          Total: 74

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee       USTPRegion10.es.ecf@usdoj.gov
tr      Donald M. Samson            dnldsamson@yahoo.com
aty     Michael J Benson            court@bensonlawfirms.com
                                                                              TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Alicia Y Kirkland       PO Box 23856        Belleville, IL 62223
tr         Russell C Simon         Chapter 13 Trustee      24 Bronze Pointe       Swansea, IL 62226
cr         Ameren Illinois         Credit and Collections      2105 E State Route 104      Pawnee, IL 62558
3251392    Ameren Illinois         Credit and Collections      2105 E State Route 104      Pawnee, IL 62558–4681
3244563    Ameren Illinois         Credit and Collections      2105 E State Route 104      Pawnee, IL 62558
3244564    American Express        PO Box 650448       Dallas, TX 75265
3282372    American Express Travel Related Services Co Inc       Corp Card       c/o Becket and Lee LLP       POB 3001       Malvern PA 19355–0701
3244565    Aspire Credit       PO Box 23007        Columbus, GA 31902–3007
3244566    At      One AttWay      Rm 3A218        Bedminster, NJ 07921
3244567    At      PO Box 5014     Carol Stream, IL 60197
3269142    Bureaus Investment Group Portfolio No 15 LLC        c/o Recovery Management Systems Corp        25 SE 2nd Avenue Suite 1120      Miami FL 33131–1605
3244568    Casey's     c/o Bad Check Restitution       PO Box 465      Belleville, IL 62222
3257384    Caseys General Store        TRAC Check Inc      PO Box 2764     Davenport, IA 52809
3244569    Catholic &Community Credit Union        6100 W Main St      Belleville, IL 62223
3257385    Catholic Community CU       6100 W. Main        Belleville, IL 62223
3257386    Charter Communications      PO Box 790086       Saint Louis, MO 63179
3244570    Check N Go – Diligentsia Capital     c/o Recovery Mgmt Systems Corp      25 SW 2nd Ave       Ste 1120        Miami, FL 33131–1605
3244571    Credit Acceptance Corporation       PO Box 55000        Detroit, MI 48255
3244572    Crossings Book Club     c/o RJM Acquisitions LLC        575 Underhill Blvd      Ste 224     Syosset, NY 11791
3244573    DDMotors LTD        423 N Illinois      Belleville, IL 62220
3244576    DRG     7582 Las Vegas Blvd     Las Vegas, NV 89123
3244575    Department of Treasury      Stop 6692 Ausc.     Austin, TX
3244574    Department of the Treasury      Financial Management Service        PO Box 1686     Birmingham, AL 35201–1686
3244577    ECMC        PO Box 75906        Saint Paul, MN 55175
3244578    Family Life Consultants     2014 Vandali        Collinsville, IL 62234
3244579    Illinois American Water     PO Box 94551        Palatine, IL 60094
3259212    Illinois American water     P.O.Box 578     Alton,IL 62002
3286702    Illinois Bell Telephone Company     % ATTServices, Inc      Karen Cavagnaro, Paralegal      One ATTWay, Room 3A231     Bedminster, NJ 07921
3244580    Illinois Department of Emp Security     PO Box 4385     Chicago, IL 60680
3244581    Illinois Department of Employment       Security        BK Unit     401 S. State St.        Chicago, IL 60605
3244582    Illinois Department of Financial        and Professional Regulation     Attn: Accounts Receivable Section       320 W Washington St 3rd Flr     Springfield, IL 62786
3244583    Illinois Department of Revenue      BK Unit Level 7–425     100 W. Randolph St.     Chicago, IL 60601
3247943    Illinois Department of Revenue      Bankruptcy Section      PO Box 64338        Chicago IL 60664–0338
3244584    Internal Revenue Service        PO Box 7346     Philadelphia, PA 19101–7346
3244585    Jackson Hewit       2661 N Illinois St      Belleville, IL 62221
3244586    Liberty     Department 385      PO Box 4115     Concord, CA 94524
3244587    Liberty     c/o NCA     3023 Hutchinson     Hutchinson, KS 67504
3244588    Massey      c/o Allied Data Corporation     13111 Westheimer, ste 400       Houston, TX 77077
3244589    Masseys     1311 Westheimer Rd      Houston, TX 77006
3244590    Master Check        PO Box 637      Stillwater, OK 74076
3244591    Midwest Emergency Department Svcs       PO Box 8882     Fort Worth, TX 76124–0882
3251061    New Direction LLC       2415 B N Illinois St        Belleville, IL 62226
3244592    O Fallon Medical        PO Box 18159        Lansing, MI 48901
3244593    OAC     PO Box 371100       Milwaukee, WI 53237
3244594    Orchard Bank – HSBC Card Services       PO Box 1705     Baltimore, MD 21297–1051
3257387    PNC Bank        500 W Jefferson St.     Louisville, KY 40202
3244595    PNC Bank        Attn: Bankruptcy Dept.      PO Box 489909       Charlotte, NC 28269
3244596    Premeir Pathology       PO Box 144333       Orlando, FL 32814
3244597    Premier Bank        PO Box 5519     Sioux Falls, SD 57117–5519
3267724    Premier Bankcard/Charter        P.O. Box 2208       Vacaville, CA 95696
3244598    Quik Trip       c/o Master Check        PO Box 637      Stillwater, OK 74076
3244599    Radiology Consultants of Mid Americ     PO Box 838      Belleville, IL 62222

| | | | | |
|---|---|---|---|---|
| 3260541 | Recovery Management Systems Corporation | 25 S.E. 2nd Avenue, Suite 1120 | Miami, FL 33131–1605 | |
| 3244602 | SBC | 60663 SBC Dr | Chicago, IL | |
| 3256199 | ST. ELIZABETH'S HOSPITAL | c/o THE LAW OFFICES OF JAY B UMANSKY, PC | 12460 OLIVE BLVD STE 118 | ST. LOUIS, MO. 63141 |
| 3244600 | Sage Telecom | 3300 E Renner Rd   3rd Flr   Ste 350 | Richardson, TX 75082–2800 | |
| 3287083 | Sage Telecom | 3300 E Renner Rd 3rd Flr Ste 350 | Richardson, TX 75082–2800 | |
| 3244601 | Santa Barbra Bank and Trust | PO Box 1270 | Solana Beach, CA 92075 | |
| 3244603 | Shop N Save | PO Box 220068   1040161 Manchester Rd | Saint Louis, MO 63122 | |
| 3244604 | Southwestern Illinois College | 2500 Carlyle Avenue | Belleville, IL 62221–5899 | |
| 3244605 | St Elizabeth Hospital | 211 South Third St | Belleville, IL 62222 | |
| 3257388 | St. Louis Community Credit Union | 3651 Forest Park | Saint Louis, MO 63158 | |
| 3244607 | TRS Collection | PO Box 60012 | City of Industry, CA 91716 | |
| 3244606 | Telecheck | c/o Freedman and Wexler LLC | 500 West Madison St Ste 2910 | Chicago, IL 60661 |
| 3261101 | The Bureaus, Inc. | c/o Recovery Management Systems Corp. | 25 SE 2nd Avenue, Suite 1120 | Miami, FL 33131–1605 |
| 3244608 | US Dept of Education | PO Box 5609 | Greenville, TX 75403–5609 | |
| 3257389 | United Postal Service | c/o Alliance One   PO Box 510267 | Livonia, MI 48151 | |
| 3244609 | Walgreens | c/o CPS   PO Box 782408 | San Antonio, TX 78278 | |
| 3244610 | Westgage Financial | Dept 8035   PO Box 4115 | Concord, CA 94524 | |
| 3244611 | Westgage Financial | c/o NCA   3023 Hutchinson | Hutchinson, KS 67504–3023 | |
| 3244612 | Woodforest National Bank | PO Box 7889 | The Woodlands TX 77387 | |

TOTAL: 71